UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA KARIN MCMANIS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　　　　　Defendant. | Case No.: 18cv2362-WQH-MDD<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is Plaintiff's motion to proceed in forma pauperis. (ECF No. 2.)

On October 12, 2018, Plaintiff initiated this action by filing a Complaint for Review of Final Decision of the Commissioner of Social Security (ECF No. 1) and the motion to proceed in forma pauperis (ECF No. 2).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); S.D. Cal. Civ. R. 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Proceeding in forma pauperis "is a privilege, not a right." *Sonnier v. L.A. Cty. Dist. Attorney's Office*, 33 F. App'x 252, 253 (9th Cir. 2002).

In Plaintiff's accompanying affidavit, Plaintiff states that she is not employed and that she receives food stamps and a housing voucher. Plaintiff states that she receives, on average, $400.00 per month for child support and that she has one minor child. Plaintiff

| | |
|---|---|
| 1 | states that she has $30.87 in her checking account and $54.30 in her savings account. |
| 2 | Plaintiff states that she has no cash or other assets. |
| 3 | After considering Plaintiff's motion and the accompanying affidavit, the Court |
| 4 | concludes that Plaintiff is entitled to proceed in forma pauperis. Accordingly, Plaintiff's |
| 5 | motion to proceed in forma pauperis is granted. |
| 6 | IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis |
| 7 | (ECF No. 2) is GRANTED. |
| 8 | IT IS FURTHER ORDERED that all matters arising in this social security case are |
| 9 | referred to the Honorable Mitchell D. Dembin, United States Magistrate Judge, pursuant |
| 10 | to 28 U.S.C. § 636(b)(1) and S.D. Cal. Civ. R. 72.1(c). |

Dated: October 22, 2018

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court